IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division



MeadWestvaco Corporation,
      Plaintiff,

v.                                                Civil Action No. 1:10CV511 (GBL/TRJ)

Rexam PLC,
      Defendant.

## ORDER

    A Fed. R. Civ. P. 16(b) PRETRIAL CONFERENCE will be held on Wednesday, <u>September 8, 2010 at 11:00 a.m.</u> before a magistrate judge.

    The parties shall confer prior to this conference to consider the claims, defenses, possibilities of a prompt settlement or resolution of the case, trial before a magistrate judge, to arrange for the disclosures required by Rule 26(a)(1), and develop a discovery plan which will complete discovery by Friday, <u>January 14, 2011</u>. A party may not exceed five (5) non-party, non expert witness dispositions and may not serve on any other party more than thirty (30) interrogatories, including parts and subparts, without leave of the court. Proposed discovery plans must be filed by the <u>Wednesday one week before the Rule 16 (b) pretrial conference.</u>

    Any party required to file an answer must do so within twenty (20) days.

    The FINAL PRETRIAL CONFERENCE will be held on Thursday, <u>January 20, 2011 at 10:00 a.m.</u>

    The parties must *electronically file on or before* the final pretrial conference the Rule 26(a)(3) disclosures and a list of the exhibits to be used at trial, a list of the witnesses to be called at trial exhibits to be used at trial, and a written stipulation of uncontested facts. The exhibits themselves or a copy should be exchanged with opposing counsel before the conference. Objections to exhibits must be filed within 10 days after the conference; otherwise the exhibits shall stand admitted in evidence. The original exhibits shall be delivered to the clerk as provided by Local Rule 79(A). <u>Non-expert witnesses and exhibits not so disclosed and listed will not be permitted at trial except for impeachment or rebuttal, and no person may testify whose identity, being subject to disclosure or timely requested in discovery, was not disclosed in time to be deposed or to permit the substance of his knowledge and opinions to be ascertained.</u>
The trial of this case will be set for a day certain, within 4-8 weeks of the final pretrial conference.

    Discovery may begin as of receipt of this Order.

**PERSONAL IDENTIFIERS MUST BE REDACTED FROM ALL PUBLICLY FILED PLEADINGS AND EXHIBITS IN ACCORDANCE WITH LOCAL RULE 7 (C).**

August *16*, 2010
Alexandria, Virginia

                                      /s/
                            Gerald Bruce Lee
                            United States District Judge