# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| MEADWESTVACO CORPORATION, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> ) <br> v.  ) <br> ) <br> ) <br> REXAM PLC, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | 1:10-cv-511-GBL-TRJ |

## DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT
## ON PLAINTIFFS' CLAIM FOR PRE-ISSUANCE DAMAGES UNDER 35 U.S.C. § 154

Defendants Valois of America, Inc., Valois S.A.S., Rexam Beauty and Closures, Inc., and Rexam Dispensing Systems S.A.S. (collectively, "Defendants"), by counsel, pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56(c), and the Court's Rule 16(b) Scheduling Order dated September 9, 2010, hereby move the Court for partial summary judgment on Plaintiffs' claim for pre-issuance damages under 35 U.S.C. § 154. In support of this motion for partial summary judgment, Defendants have filed a Memorandum of Law which is incorporated herein in its entirety.

Date: September 17, 2010

Respectfully Submitted,

| /s/ | /s/ |
|---|---|
| Brendan J. McMurrer (VSB No. 68433) | Craig C. Reilly (Va. Bar No. 20942) |
| Griffith L. Green (VSB No. 38936) | 111 Oronoco Street |
| SIDLEY AUSTIN LLP | Alexandria, Virginia 22314 |
| 1501 K Street, N.W. | Telephone: (703) 549-5354 |
| Washington, DC 20005 | Facsimile: (703) 549-2604 |
| (202) 736-8000 | craig.reilly@ccreillylaw.com |
| (202) 736-8711 (fax) | |
| bmcmurre@sidley.com | |
| ggreen@sidley.com | *Of Counsel:* |

Gene S. Winter (*pro hac vice*)
Amanda Greenspon (*pro hac vice*)
*Of Counsel:* Tatyana Voloshchuk (*pro hac vice*)
ST. ONGE STEWARD JOHNSTON
Hugh A. Abrams (*pro hac vice*) & REENS LLC
Elizabeth Maxeiner (*pro hac vice*) 986 Bedford Street
SIDLEY AUSTIN LLP Stamford, Connecticut 06905-5619
One South Dearborn Street Telephone: (203) 324 6155
Chicago, Illinois 60603 Facsimile: (203) 327-1096
(312) 853-7000 Email: gwinter@ssjr.com and
litigation@ssjr.com
*Counsel for Defendants and Movants Valois*
*S.A.S. and Valois of America, Inc.*
*Counsel for Defendants and Movants Rexam*
*Beauty and Closures, Inc. and Rexam*
*Dispensing Systems SAS*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2010, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Thomas G. Slater, Jr.
Shelley L. Spalding
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street Alexandria, VA 22314
Richmond, VA 23219
tslater@hunton.com
sspalding@hunton.com

Michael A. O'Shea
Hunton & Williams LLP
1900 K Street, NW
Washington, DC 20006-1109
moshea@hunton.com

Sona Rewari
Hunton & Williams LLP
1751 Pinnacle Dr, Suite 1700
McLean, VA 22102
srewari@hunton.com

*Counsel for Plaintiffs*

/s/
Brendan J. McMurrer (VSB No. 68433)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
(202) 736-8000
(202) 736-8711 (fax)
bmcmurre@sidley.com

*Counsel for Defendants and Movants Valois S.A.S. and Valois of America, Inc.*