UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
5
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| MEADWESTVACO CORPORATION, *et al.* ) <br> ) <br> *Plaintiffs* ) <br> ) <br> v. ) <br> ) <br> REXAM PLC, *et al.* ) <br> ) <br> *Defendants* ) | Case No. 1:10cv511 <br> (GBL/TRJ) |

## JOINT STIPULATION AND ORDER REGARDING PROVISIONAL DAMAGES AND DEFENDANTS' PENDING MOTION FOR SUMMARY JUDGMENT

WHEREAS, plaintiffs MeadWestvaco Corporation and MeadWestvaco Calmar, Inc. (collectively "MWV") have decided not to seek provisional damages in the above-captioned litigation from defendants Rexam Dispensing Systems SAS, Rexam Beauty and Closures Inc., Valois S.A.S. or Valois of America, Inc. (collectively "Defendants"):

IT IS HEREBY STIPULATED by MWV, and Ordered by the Court, that MWV may not seek money damages from Defendants for infringement prior to May 18, 2010 for U.S. Patent No. 7,718,132 and May 25, 2010 for U.S. Patent No. 7,722,819. This Stipulation and Order is without prejudice to MWV's right to seek provisional or pre-issuance damages from parties other than Defendants. As such, Defendants' pending Motion for Partial Summary Judgment on Plaintiffs' Claim for Pre-Issuance Damages under 35 U.S.C. § 154 (the "Motion") is moot. In the event the Court considers the merits of any issues raised in Defendants' Memorandum in support of the Motion (the "Memorandum"), Plaintiffs reserve their rights to respond and do not concede the facts or argument set forth in the Memorandum.

ACCORDINGLY, IT IS FURTHER STIPULATED by Defendants that Defendants' pending Motion is moot and can be removed from the calendar on October 8, 2010. As Plaintiff's unrelated Motion to Dismiss is calendared for the same date and time, the hearing should remain on the Court's calendar.

Respectfully Submitted,

MEADWESTVACO CORPORATION
MEADWESTVACO CALMAR, INC.

By _____

Thomas G. Slater Jr. (VSB No. 05915)
Shelley L. Spalding (VSB No. 47112)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
(804) 788-8200
(804) 788-8218 Fax

Michael P.F. Phelps (VSB No. 45750)
Sona Rewari (VSB No. 47327)
HUNTON & WILLIAMS LLP
1751 Pinnacle Drive, Suite 1700
McLean, VA 22102
(703) 714-7472
(703) 714-7410 Fax

Of Counsel:

MICHAEL A. O'SHEA
HUNTON & WILLIAMS LLP
1900 K Street, NW
Washington, D.C. 20006-1109
(202) 419-2183
(202) 778-7434 Fax

*Attorneys for Plaintiffs*

SEEN AND AGREED:

REXAM BEAUTY AND CLOSURES INC.
REXAM DISPENSING SYSTEMS SAS

By: _____
Craig C. Reilly (VSB No. 20942)
111 Oronoco Street
Alexandria, Virginia 22314
(703) 549-5354
(703) 549-2604 FAX

Gene S. Winter
Fritz L. Schweitzer, III
Benjamin J. Lehberger
St. Onge Steward Johnston & Reens LLC
986 Bedford Street
Stamford, Connecticut 06905-5619
(203) 324-6155
(203) 327-1096 FAX


VALOIS S.A.S
VALOIS OF AMERICA, INC.

By: _____
Brendan J. McMurrer
Griffith L. Green
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
(202) 736-8711 FAX

SO ORDERED this 5th day of October 2010.

/s/
Gerald Bruce Lee
United States District Judge

Alexandria, Virginia