IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| MEADWESTVACO CORPORATION, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 1:10cv511 |
| REXAM PLC, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

THIS MATTER is before the Court on Defendant Rexam Dispensing Systems, S.A.S.' Objections to Magistrate Judge's Ruling or Recommendation. (Dkt. No. 164.) For the reasons stated in open court, it is hereby

ORDERED that Defendant's Objections to Magistrate Judge's Ruling or Recommendation are OVERRULED, and the Magistrate Judge's ruling is AFFIRMED.

The Clerk is directed to forward a copy of this Order to counsel of record.

ENTERED this 10th day of January, 2011.

Alexandria, Virginia

/s/
Gerald Bruce Lee
United States District Judge