UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MEADWESTVACO CORPORATION, *et al.* )<br> )<br> *Defendants* )<br> )<br> )<br> )<br> )<br> REXAM PLC, *et al.* )<br> )<br> *Defendants* ) | Case No. 1:10cv511<br>(GBL/TRJ)<br><br>**FILED UNDER SEAL** |

**Brief In Support of Plaintiffs' Motion for Partial Summary Judgment
of Patent Validity and Enforceability.**

# REDACTED PUBLIC VERSION

Dated:  June 15, 2011

                                Respectfully Submitted,

                                MEADWESTVACO CORPORATION
                                MEADWESTVACO CALMAR, INC.

                                By  _____/s/_____
                                    Thomas G. Slater, Jr. (VSB No. 05915)
                                    Shelley L. Spalding (VSB No. 47112)
                                    HUNTON & WILLIAMS LLP
Of Counsel:                       Riverfront Plaza, East Tower
                                    951 East Byrd Street
Michael A. O'Shea (*pro hac vice*)      Richmond, VA  23219
HUNTON & WILLIAMS LLP           Telephone:  (804) 788-8475
1900 K Street, NW
Washington, D.C.  20006-1109        Michael P.F. Phelps (VSB No. 45750)
Telephone:  (202) 419-2183          Sona Rewari (VSB No. 47327)
                                    HUNTON & WILLIAMS LLP
David A. Kelly (*pro hac vice*)          1751 Pinnacle Drive, Suite 1700
Joshua M. Kalb (*pro hac vice*)         McLean, VA  22102
HUNTON & WILLIAMS LLP           Telephone:  (703) 714-7472
Bank of America Plaza, Suite 4100
600 Peachtree Street, NE              *Attorneys for Plaintiffss*
Atlanta, Georgia  30308               *MeadWestvaco Corporation and*
Telephone:  (404) 888-4280          *MeadWestvaco Calmar, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June 2011, a true and correct copy of the foregoing pleading or paper was served using the Court's CM/ECF system, with electronic notification of such filing to the following counsel of record:

Craig C. Reilly
111 Oronoco Street
Alexandria, Virginia  22314
*Counsel for Rexam Beauty
and Closures Inc.*

Brendan J. McMurrer
Griffith L. Green
**SIDLEY AUSTIN LLP**
1501 K Street, N.W.
Washington, D.C.  20005
*Attorneys for Defendants Valois S.A.S. and Valois of America, Inc.*

Gene S. Winter
Fritz L. Schweitzer III
Benjamin J. Lehberger
**ST. ONGE STEWARD JOHNSTON & REENS LLC**
986 Bedford Street
Stamford, Connecticut  06905
*Of Counsel for Rexam Beauty and Closures, Inc.*

By:_____/s/_____
Thomas G. Slater (VSB No. 05915)
Shelley Spalding (VSB No. 47112)
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia  23219-4074
Tel:  804-788-8200
Fax:  804-788-8218

Michael P.F. Phelps (VSB No. 45750)
Sona Rewari (VSB No. 47327)
Hunton & Williams LLP
1751 Pinnacle Drive, Suite 1700
McLean, Virginia  22102
Tel:  703-714-7472

*Of Counsel:*
Michael A. O'Shea
Hunton & Williams LLP
1900 K Street, NW
Washington, D.C.  20006-1109
Tel:  202-419-2183
Fax:  202-778-7434

*Attorneys for Plaintiffs*