**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | |
|---|---|
| MEADWESTVACO CORPORATION, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) 1:10-cv-511-GBL-TRJ ) |
| REXAM PLC, *et al.*, | ) **FILED UNDER SEAL** ) |
| Defendants. | ) ) ) |

**DEFENDANT VALOIS' MEMORANDUM IN OPPOSITION TO MWV'S MOTION
FOR PARTIAL SUMMARY JUDGMENT**

**FILED UNDER SEAL**

Dated: June 27, 2011

| | |
|---|---|
| Hugh A. Abrams (*pro hac vice*) | Brendan J. McMurrer (VSB# 68433) |
| Elizabeth Maxeiner (*pro hac vice*) | Griffith L. Green (VSB# 38936) |
| SIDLEY AUSTIN LLP | SIDLEY AUSTIN LLP |
| One South Dearborn Street | 1501 K Street, N.W. |
| Chicago, Illinois 60603 | Washington, D.C. 20005 |
| (312) 853-7000 | Tel: (202) 736-8000 |
| | Fax: (202) 736-8711 |
| | bmcmurrer@sidley.com |
| | ggreen@sidley.com |

*Attorneys for Defendants Valois S.A.S., and Valois of America, Inc*