**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| MEADWESTVACO CORPORATION, *et al.* ) | |
| ) | |
| *Plaintiffs* ) | |
| ) | |
| *v.* ) | Case No. 1:10cv511 |
| ) | (GBL/TRJ) |
| REXAM PLC, *et al.* ) | |
| ) | |
| *Defendants* ) | |

**REXAM'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT OF PATENT VALIDITY AND <u>ENFORCEABILITY</u>**

**FILED UNDER SEAL**

                              Respectfully submitted,

                              REXAM BEAUTY & CLOSURES INC. AND REXAM DISPENSING SYSTEMS S.A.S.

Date: June 27, 2011          /s/Craig C. Reilly
                              *Attorney for Rexam Beauty and*
                              *Closures Inc. and Rexam Dispensing Systems, S.A.S.:*

                              Craig C. Reilly, Esq.
                              VSB # 20942
                              111 Oronoco Street
                              Alexandria, Virginia 22314
                              TEL (703) 549-5354
                              FAX (703) 549-2604
                              craig.reilly@ccreillylaw.com

                              *Of Counsel:*

                              ST. ONGE STEWARD JOHNSTON & REENS LLC
                              986 Bedford Street
                              Stamford, Connecticut 06905-5619
                              Telephone: (203) 324-6155
                              Facsimile: (203) 327-1096
                              Email: litigation@ssjr.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of June 2011, a true and correct copy of the foregoing pleading or paper was served using the Court's CM/ECF system, with electronic notification of such filing to the following counsel of record:

| | |
|---|---|
| Thomas G. Slater, Jr. | Brendan J. McMurrer |
| EMAIL:  tslater@hunton.com | EMAIL:  bmcmurrer@sidley.com |
| Shelley L. Spalding | Griffith L. Green |
| EMAIL:  sspalding@hunton.com | EMAIL:  ggreen@sidley.com |
| HUNTON & WILLIAMS LLP | SIDLEY AUSTIN LLP |
| 951 E Byrd St | 1501 K Street, N.W. |
| Riverfront Plaza | Washington, D.C. 20005 |
| Richmond, VA 23219 | Tel: (202) 736-8000 |
| TEL:  (804) 788-8200 | Fax: (202) 736-8711 |
| FAX:  (804) 788-8218 | *Attorneys for Defendants Valois S.A.S., and* |
| *Counsel for Plaintiffs* | *Valois of America, Inc.* |

        /s/Craig C. Reilly
        Craig C. Reilly VSB # 20942
        111 Oronoco Street
        Alexandria, Virginia 22314
        TEL:   (703) 549-5354
        FAX:   (703) 549-2604
        EMAIL: craig.reilly@ccreillylaw.com
        *Counsel for Rexam Beauty*
        *and Closures Inc. and Rexam Dispensing*
        *Systems, S.A.S.*