TED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| MEADWESTVACO CORPORATION, *et al.* | ) | |
| | ) | |
| *Defendants* | ) | Case No. 1:10cv511 |
| | ) | (GBL/TRJ) |
| | ) | |
| REXAM PLC, *et al.* | ) | |
| | ) | **FILED UNDER SEAL** |
| *Defendants* | ) | |

**Plaintiffs' Reply Brief In Support of Their Motion for Partial
Summary Judgment of Patent Validity and Enforceability**

# FILED UNDER SEAL

Dated:  June 29, 2011

Respectfully Submitted,

MEADWESTVACO CORPORATION
MEADWESTVACO CALMAR, INC.


By  _____/s/_____
     Thomas G. Slater, Jr. (VSB No.  05915)
     Shelley L. Spalding (VSB No. 47112)
     HUNTON & WILLIAMS LLP
     Riverfront Plaza, East Tower
     951 East Byrd Street
     Richmond, VA  23219
     Telephone:  (804) 788-8475

Of Counsel:

Michael A. O'Shea (*pro hac vice*)
HUNTON & WILLIAMS LLP
1900 K Street, NW
Washington, D.C.  20006-1109
Telephone:  (202) 419-2183

Michael P.F. Phelps (VSB No. 45750)
Sona Rewari (VSB No. 47327)
HUNTON & WILLIAMS LLP
1751 Pinnacle Drive, Suite 1700
McLean, VA  22102
Telephone:  (703) 714-7472

David A. Kelly (*pro hac vice*)
Joshua M. Kalb (*pro hac vice*)
HUNTON & WILLIAMS LLP
Bank of America Plaza, Suite 4100
600 Peachtree Street, NE
Atlanta, Georgia  30308
Telephone:  (404) 888-4280

*Attorneys for Plaintiffs*
*MeadWestvaco Corporation and*
*MeadWestvaco Calmar, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June 2011, a true and correct copy of the foregoing pleading or paper was served using the Court's CM/ECF system, with electronic notification of such filing to the following counsel of record:

Craig C. Reilly
111 Oronoco Street
Alexandria, Virginia  22314
*Counsel for Rexam Beauty
and Closures Inc.*

Brendan J. McMurrer
Griffith L. Green
**SIDLEY AUSTIN LLP**
1501 K Street, N.W.
Washington, D.C.  20005
*Attorneys for Defendants Valois S.A.S. and
Valois of America, Inc.*

Gene S. Winter
Fritz L. Schweitzer III
Benjamin J. Lehberger
**ST. ONGE STEWARD JOHNSTON & REENS LLC**
986 Bedford Street
Stamford, Connecticut  06905
*Of Counsel for Rexam Beauty and Closures, Inc.*

By:_____/s/_____
Thomas G. Slater (VSB No. 05915)
Shelley Spalding (VSB No. 47112)
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia  23219-4074
Tel:  804-788-8200
Fax:  804-788-8218

Michael P.F. Phelps (VSB No. 45750)
Sona Rewari (VSB No. 47327)
Hunton & Williams LLP
1751 Pinnacle Drive, Suite 1700
McLean, Virginia  22102
Tel:  703-714-7472

*Of Counsel:*
Michael A. O'Shea
Hunton & Williams LLP
1900 K Street, NW
Washington, D.C.  20006-1109
Tel:  202-419-2183
Fax:  202-778-7434

*Attorneys for Plaintiffs*