**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| MEADWESTVACO CORPORATION, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Civil Action No. 1:10cv511-GBL-TRJ |
| REXAM PLC, *et al.*, | ) ) ) |
| Defendants. | ) |

*NOTICE:   THIS MOTION SEEKS SEALING OF CERTAIN JUDICIAL RECORDS IDENTIFIED HEREIN*

**NOTICE OF HEARING ON <u>EMERGENCY</u> CONSENT MOTION
TO SEAL EXHIBITS**

PLEASE TAKE NOTICE that on Friday, February 14, 2014, at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendants Rexam Beauty and Closures, Inc. and Rexam Dispensing Systems S.A.S., will present oral argument in support of the *emergency consent motion* (Doc. 703) for entry of an order to *withdraw* certain exhibits (**Doc. 692-1, Doc. 692-3, Doc. 696-3, Doc. 696-4, Doc. 696-5**, **Doc. 696-7, and Doc. 700-11**) from the public judicial record and to permit them to be filed *under seal*.

Respectfully Submitted on this <u>6th</u> day of February 2014.

/s/  Craig C. Reilly
Craig C. Reilly (VSB No. 20942)
craig.reilly@ccreillylaw.com
111 Oronoco Street
Alexandria, VA 22314
(703) 549-5354
(703) 549-2604 Fax
*Counsel for the Rexam Defendants*

Gene S. Winter
Benjamin J. Lehberger
Benjamin C. White
ST. ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, Connecticut 06905-5619
Telephone: (203) 324-6155
Facsimile: (203) 327-1096
Email: litigation@ssjr.com

**COUNSEL FOR DEFENDANTS**
**REXAM BEAUTY AND CLOSURES, INC.,**
**AND REXAM DISPENSING**
**SYSTEMS S.A.S.**

## CERTIFICATE OF SERVICE

       I hereby certify that, on the 6th day of February 2014, I filed this pleading or paper via the Court's CM/ECF system, which will send an electronic notice of filing to counsel of record:

>Dana D. McDaniel
>dmcdaniel@spottsfain.com
>John M. Erbach
>jerbach@spottsfain.com
>Spotts Fain, P.C.
>411 E. Franklin Street, Suite 600
>Richmond, VA 23219
>*Counsel for Plaintiffs*
>
>Griffith Lowell Green (VSB No. 38936)
>ggreen@sidley.com
>Scott Michael Border (VSB No. 74697)
>sborder@sidley.com
>Sidley Austin, LLP
>1501 K Street, NW
>Washington, DC 20005
>*Counsel for the Valois Defendants*

>   /s/  Craig C. Reilly
>Craig C. Reilly (VSB No. 20942)
>craig.reilly@ccreillylaw.com
>111 Oronoco Street
>Alexandria, VA 22314
>(703) 549-5354
>(703) 549-2604 Fax
>*Counsel for the Rexam Defendants*