# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| MEADWESTVACO CORPORATION, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) 1:10-cv-511-GBL-TRJ |
| v. | ) |
| | ) |
| REXAM PLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MOTION OF THE VALOIS DEFENDANTS FOR LEAVE
## TO FILE A CORRECTED MOTION IN LIMINE #3 (DKT. 700)

The Valois Defendants respectfully request leave to file a corrected version of their Motion in Limine #3 (Dkt. 700).

In their original motion, the Valois Defendants stated that Plaintiffs had not supplemented their interrogatory answers to identify objective evidence of non-obviousness. Plaintiffs informed the Valois Defendants on February 6, 2014 that this statement was inaccurate, which it was. The Valois Defendants now seek leave to file a corrected motion.

The proposed corrected motion is submitted herewith as Exhibit 1, together with the omitted supplemental interrogatory answers (Exhibits L and M).

To prevent any prejudice to Plaintiffs from this correction, the Valois Defendants suggest that Plaintiffs be given an additional day to respond to the corrected motion, with that time coming out of the period allowed for the Valois Defendants' reply. A proposed order is submitted herewith (as part of the Notice of Waiver of Hearing) which so provides.

2

| | |
|---|---|
| Dated:  February 6, 2014 | Respectfully submitted, |
| | /s/ Scott Border |
| | Griffith Lowell Green (VSB No. 38936) |
| | Scott Border (VSB No. 74697) |
| | SIDLEY AUSTIN LLP |
| | 1501 K Street, N.W. |
| | Washington, D.C. 20005 |
| | Tel:  (202) 736-8000 |
| | Fax:  (202) 736-8711 |
| | sborder@sidley.com |
| | ggreen@sidley.com |

*Attorneys for Defendants Valois S.A.S., and Valois of America, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, causing a notification of such filing to be sent to all counsel of record.

/s/ Scott M. Border
Scott M. Border (VSB# 74697)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Tel:  (202) 736-8000
Fax:  (202) 736-8711
sborder@sidley.com
*Attorney for Defendants Valois S.A.S. and Valois of America, Inc.*