# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| MEADWESTVACO CORPORATION, *et al.,* | ) |
| Plaintiffs, | ) ) ) |
| v. | ) 1:10-cv-511-GBL-TRJ ) ) |
| REXAM PLC, *et al.,* | ) ) |
| Defendants. | ) |

### NOTICE OF WAIVER OF HEARING ON VALOIS DEFENDANTS' MOTION
### FOR LEAVE TO FILE A CORRECTED MOTION IN LIMINE #3 (DKT. 700)

PLEASE TAKE NOTICE that the Valois Defendants respectfully waive oral argument on their Motion for Leave to File a Corrected Motion in Limine #3. A proposed order is attached.

Dated: February 6, 2014

Respectfully submitted,

/s/ Scott Border
Griffith Lowell Green (VSB No. 38936)
Scott Border (VSB No. 74697)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Tel: (202) 736-8000
Fax: (202) 736-8711
sborder@sidley.com
ggreen@sidley.com

*Attorneys for Defendants Valois S.A.S., and Valois of America, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, causing a notification of such filing to be sent to all counsel of record.

/s/ Scott M. Border
Scott M. Border (VSB# 74697)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Tel:  (202) 736-8000
Fax:  (202) 736-8711
sborder@sidley.com
*Attorney for Defendants Valois S.A.S. and Valois of America, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| MEADWESTVACO CORPORATION, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) 1:10-cv-511-GBL-TRJ |
| v. | ) |
| | ) |
| REXAM PLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## [PROPOSED]
## ORDER

THIS MATTER is before the Court on Defendants Valois of America, Inc.'s and Valois S.A.S.'s Motion for Leave to File a Corrected Motion in Limine #3. Having considered the parties' arguments, the Court hereby GRANTS the Motion for Leave to File a Corrected Motion in Limine #3. Plaintiffs' response to Motion in Limine #3 shall be due February 12, 2014, rather than February 11. All other deadlines shall remain unchanged.

It is so ORDERED

Dated: _____     _____
Alexandria, Virginia                 Gerald Bruce Lee
                                     United States District Judge