**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| MEADWESTVACO CORPORATION, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:10cv511-GBL-TRJ |
| REXAM PLC, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## *NOTICE:   THIS MOTION SEEKS SEALING OF CERTAIN JUDICIAL RECORDS IDENTIFIED HEREIN*

**NOTICE OF HEARING ON <u>EMERGENCY</u> CONSENT MOTION
TO SEAL EXHIBITS**

PLEASE TAKE NOTICE that on Friday, February 14, 2014, at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendants Valois of America, Inc. and Valois S.A.S. will present oral argument in support of the *emergency consent motion* (Doc. 707) for entry of an order to *withdraw* certain exhibits (**Doc. 705-2, Doc. 705-3**) from the public judicial record and to permit them to be filed *under seal*.

Dated:  February 7, 2014                                       Respectfully submitted,

                                                                                    /s/ Scott Border
                                                                                    Scott Border (VSB No. 74697)
                                                                                    SIDLEY AUSTIN LLP
                                                                                    1501 K Street, N.W.
                                                                                    Washington, D.C. 20005
                                                                                    Tel:  (202) 736-8000
                                                                                    Fax:  (202) 736-8711
                                                                                    sborder@sidley.com

## CERTIFICATE OF SERVICE

      I hereby certify that, on the 7th day of February 2014, I filed this pleading or paper via the Court's CM/ECF system, which will send an electronic notice of filing to counsel of record.

                                   /s/ Scott Border
                                   Scott Border (VSB No. 74697)
                                   SIDLEY AUSTIN LLP
                                   1501 K Street, N.W.
                                   Washington, D.C. 20005
                                   Tel:  (202) 736-8000
                                   Fax:  (202) 736-8711
                                   sborder@sidley.com