IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| MEADWESTVACO CORPORATION, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:10cv511-GBL-TRJ |
| REXAM PLC, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## ORDER

THIS MATTER is before the Court on the Parties' Joint Notice of Settlement Status and Joint Motion to Suspend Deadlines (ECF No. 724). Having considered the matter and deeming it appropriate under the circumstances, the Court hereby GRANTS the Motion. Accordingly, the Court hereby ORDERS:

1. That all pending deadlines in this case are hereby SUSPENDED for one week, through and including Friday, February 21, 2014.

2. That the Parties are hereby ORDERED to file a joint stipulation dismissing this case with prejudice not later than seven (7) days of entry of this Order.

3. That, should the Parties fail to file a joint stipulation dismissing this case with prejudice within seven (7) days of entry of this Order, lead trial counsel for each party along with a principal of each party with full settlement authority shall appear for a hearing before this Court on March 3, 2014.

Let the Clerk file this Order electronically, notifying all counsel of record accordingly.

It is so ORDERED.

Dated: _February 14, 2014_
Alexandria, Virginia

/s/
Gerald Bruce Lee
United States District Judge

Gerald Bruce Lee
United States District Judge

2