IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| MEADWESTVACO CORPORATION, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No.  1:10cv511 |
| | ) | |
| REXAM PLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

O R D E R

Upon consideration of two motions to seal (nos. 703 and 708), the court finding that the Fourth Circuit's requirements for sealing are met as to all of the materials in issue, it is

ORDERED that both motions are GRANTED.

ENTERED this 18$^h$ day of February, 2014.

/s/
Thomas Rawles Jones, Jr.
United States Magistrate Judge

Alexandria, Virginia