IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MEADWESTVACO CORPORATION, *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) C.A. NO. 1:10 CV 511-GBL-TRJ |
| v. | ) |
| | ) |
| REXAM PLC, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs MeadWestvaco Corporation and MeadWestvaco Calmar, Inc. (collectively, "MWV") and Defendants Valois of America, Inc. and Valois S.A.S. (collectively, "Valois"), by and through their respective counsel, based upon their mutual agreement, consent, and approval, HEREBY STIPULATE as follows:

    1.    All remaining claims asserted by MWV against Valois are hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

    2.    All remaining counterclaims asserted by Valois against MWV are hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

    3.    The parties agree that the injunction entered by the Court (DKT. 612) should be deemed to have been vacated in its entirety.

AGREED TO AND ACCEPTED:

| | |
|---|---|
| Date: February 19, 2014 | Date: February 19, 2014 |
| By: | By: |
| /s/ | /s/ |
| Dana D. McDaniel (VSB No. 25419) | Griffith Lowell Green (VSB No. 38936) |
| dmcdaniel@spottsfain.com | ggreen@sidley.com |
| John M. Erbach (VSB No. 76695) | Scott Michael Border (VSB No. 74697) |
| jerbach@spottsfain.com | sborder@sidley.com |
| Spotts Fain, P.C. | Sidley Austin, LLP |
| 411 E. Franklin Street, Suite 600 | 1501 K Street, NW |
| Richmond, VA 23219 | Washington, DC 20005 |
| (804) 697-2065 | (202) 736-8000 |
| (804) 697-2165 Fax | (202) 736-8711 Fax |
| **COUNSEL FOR MEADWESTVACO CORPORATION AND MEADWESTVACO CALMAR, INC.** | **COUNSEL FOR DEFENDANTS VALOIS S.A.S. FRANCE AND VALOIS OF AMERICA, INC.** |

IT IS SO ORDERED.

Dated: _____, 2014    _____
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of February, 2014, a true and correct copy of the foregoing was served using the Court's CM/ECF system, with electronic notification of such filing to the following counsel of record:

| | |
|---|---|
| Craig C. Reilly<br>craig.reilly@ccreillylaw.com<br>Law Office of Craig C. Reilly<br>111 Oronoco Street<br>Alexandria, Virginia  22314<br>*Counsel for Rexam Beauty*<br>*and Closures Inc.* | Scott Border<br>sborder@sidley.com<br>Griffith L. Green<br>ggreen@sidley.com<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, D.C.  20005<br>*Attorneys for Defendants Valois*<br>*S.A.S.  and Valois of America, Inc.* |

/s/
Dana D. McDaniel (VSB No. 25419)
dmcdaniel@spottsfain.com
Spotts Fain, P.C.
411 E. Franklin Street, Suite 600
Richmond, VA 23219
(804) 697-2065
(804) 697-2165 Fax