IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MEADWESTVACO CORPORATION, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Civil Action No. 1:10cv511-GBL-TRJ |
| REXAM PLC, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER

THIS MATTER is before the Court on the Parties' Joint Report Regarding Settlement Status and Joint Motion to Extend the Deadline to File a Stipulation of Dismissal (ECF No. 731). Having considered the matter and deeming it appropriate under the circumstances, the Court hereby GRANTS the Motion. Accordingly, the Court hereby ORDERS:

1. That the deadline to file a stipulation of dismissal of all remaining claims be extended by three business days to and including Wednesday, February 26, 2014; and

2. All other deadlines remain unchanged.

Let the Clerk file this Order electronically, notifying all counsel of record accordingly.

It is so ORDERED.

Dated: 2/24/14
Alexandria, Virginia

/s/
Gerald Bruce Lee
United States District Judge

Gerald Bruce Lee
United States District Judge