IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| MEADWESTVACO CORPORATION, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:10cv511-GBL-TRJ |
| REXAM PLC, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## ORDER

UPON CONSIDERATION of the consent motion filed by Defendants Rexam Beauty and Closures, Inc. and Rexam Dispensing Systems S.A.S. (together, "Rexam") to extend the time for filing a stipulation of dismissal (Doc. 734 ), and upon the representation that Rexam and the Plaintiffs have executed a settlement agreement, and for good cause shown, it is hereby

**ORDERED** that this matter be, and hereby is **TAKEN OFF** the trial calendar, and that the hearing set for March 3, 2014 be, and hereby is **CANCELLED**; and it is further

**ORDERED** that all remaining pretrial dates be, and hereby are **SUSPENDED**; and it is finally

**ORDERED** that Rexam and MWV shall file their stipulation of dismissal on or before March 7, 2014.

ENTERED this 26th day of February 2014.

/s/
Gerald Bruce Lee
United States District Judge

Alexandria, Virginia

Gerald Bruce Lee
United States District Judge